**Order filed, December 18, 2017.**



## In The

# Court of Appeals

## For The

# First District of Texas

———————————

## NO. 01-17-00866-CV

### EVELYN KELLY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF DAVID CHRISTOPHER DUNN, Appellant

### V.

### HOUSTON METHODIST HOSPITAL, Appellee

---

### On Appeal from the 189th District Court
### Harris County, Texas
### Trial Court Case 2015-69681

---

### ORDER

The reporter's record in this case was due 12/12/2017. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM